UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

LIOSDANY MIRANDA TOLEDO,

               Petitioner,

v.

WARDEN, EDEN DETENTION
CENTER,

               Respondent.

No.  6:26-CV-00217-H

## ORDER TO SHOW CAUSE, NOTICE, AND INSTRUCTIONS TO PARTIES

Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  After conducting a preliminary review, the Court now orders the following:

**Respondent's Answer**:  Respondent is directed to file an answer to Petitioner's petition **within 20 days** from the date of this order.  *See* 28 U.S.C. § 2243.  All applicable issues must be raised in the answer filed by Respondent.  No extensions will be granted absent a showing of good cause.

Respondent must mail a copy of the answer, together with a copy of any supporting brief filed therewith, to Petitioner at the address set out in Petitioner's pleadings or to his attorney of record, if any.  Respondent must file a certificate with the Clerk evidencing such service.

**Records**:  Respondent must file with the answer all records relevant to the resolution of the petitioner's habeas petition.

**Petitioner's Response**:  Petitioner may file a response to Respondent's answer **within 20 days** from the date shown on Respondent's certificate of service.  Petitioner's response must be limited to the arguments raised by Respondent and shall not include any new allegations of fact or new grounds for relief.  Petitioner must mail a copy of any

response to counsel for Respondent and must file a certificate with the Clerk evidencing such service.

**Hearing:**  The Court will determine whether a hearing is necessary after it reviews the respondent's answer and petitioner's reply.

**Service of Petition and Order**:  Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Northern District of Texas, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and by prior agreement of the Office of the United States Attorney, Northern District of Texas.  The Clerk shall mail a copy of this order to Petitioner or his attorney of record.

Dated May 21, 2026.

James Wesley Hendrix
United States District Judge